IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MALINDA and RITCH B., individually and
as parents of their minor child, L.B.,

    Plaintiffs,

v.

BIRCHWOOD SCHOOL DISTRICT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-233-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Birchwood School District affirming the decision of the ALJ and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                      Date

(signed: Peter Oppeneer, 6/29/2011)